# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN WHITAKER,** <br><br> Plaintiff, <br><br> vs. <br><br> **PIZZA CALIFORNIA, INC.** <br><br> Defendant. | CASE NO. 21-cv-9308-YGR <br><br> **ORDER OF CONDITIONAL DISMISSAL** |

The Court is in receipt of the parties' stipulation to extend the deadline for filing a stipulation of dismissal filed February 28, 2022 (Dkt. No. 20.) After the parties informed the Court that they had reached a partial settlement, the Court ordered plaintiff's counsel to file its motion for attorney's fees by February 24, 2022. (Dkt. No. 19.) To date, plaintiff's counsel has not filed a motion for attorney's fees. Instead, the parties filed a joint stipulation informing the Court that they have finalized the terms of the settlement agreement and needed additional time to file a stipulation of dismissal. Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, by **APRIL 1, 2022**, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: March 7, 2022

*[signature]*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**